UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA
       Plaintiff,

 v.              3:06-CR-136

BENONI BRYANT

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

On December 29, 2006, Benoni Bryant requested a copy of court proceedings held on December 18, 2006 regarding his request for new counsel. He has also requested that copies of letters from himself to his then Attorney David E. Butler, Esq. be placed in the Court Record.

Because Bryant has provided no specific reasons for his request for the transcript, his request is DENIED.

With respect to the request to include certain letters in the record, Bryant has failed to indicate that he served these papers on the Government and failed to articulate any basis for including them in the record. See Local Rule 5.1(a). Accordingly, the enclosed papers are being rejected and returned herewith.

IT IS SO ORDERED.

Dated: April 3, 2007

                _____
                Thomas J. McAvoy
                Senior, U.S. District Judge